Dorothy McAlpin Bell, Respondent, v. Alfred D. Bell, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

H. J. Butler & Bro. Inc., Appellant, v. General Reinsurance Corporation and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Sigmund Lakatos and Another, Appellants, v. Schroder Trust Company, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York ex rel. Langley Realty Corporation, Respondent, v. William Stanley Miller and Others, as Commissioners of Taxes and Assessments of the City of New York, etc., Appellants. (Taxes for the Years 1934, 1935, 1936 and 1937.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. James Isaacs and Alfred Quinn, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Ivan Kulick, Respondent, v. Thomas E. Murray, Jr., as Receiver of Interborough Rapid Transit Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Simon H. Rifkind and Others, Appellants, v. New York Coffee and Sugar Exchange, Inc., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Order to Show Cause Why a Decree Should Not Be Made Compelling the Executors of William C. Woelfle, Deceased, to Set Apart a Sum of Three Hundred Dollars as Prescribed by Law, and Further to Set Apart Other Personal Property Pursuant to Sections 200–201 of the Surrogate's Court Act, Said Property Being Part of the Estate of William C. Woelfle, Deceased, Who at the Time of His Death Resided at 819 East 163rd Street, Borough of Bronx, New York City. George Wienecke and Gus Kubler, Appellants; Rose Woelfle, Respondent.— Decree unanimously affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Joseph Picadella, an Infant, by Frances Picadella, His Guardian ad Litem, and Frances Picadella, Individually, Appellants, v. New York City Omnibus Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Grace Armstrong, Appellant, v. Joseph Bame, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.